IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE  DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT


         V.                    Civil  No.       5:08-cv-05145-JLH
                               Criminal No.   5:06-cr-50071-JLH


CLAUDIO MENDOZA                                    DEFENDANT/PETITIONER

O R D E R

Movant, a prisoner at the Federal Correctional Institute, Eden, Texas, has filed a Motion

under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal

Custody.  Having reviewed the Motion, respondent is ordered to file a response within thirty (30)

days from the date of this order

IT IS SO ORDERED this 25th day of June 2008.


                                    /s/ J. Marschewski
_____     Honorable James R. Marschewski
                                    United States Magistrate Judge