IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES of AMERICA                                              PLAINTIFF/RESPONDENT

V.                            No. 5:06-CR-50071-JLH
                              No. 5:08-CV-05145-JLH

CLAUDIO MENDOZA                                                       DEFENDANT/PETITIONER

## ORDER

On August 7, 2008, Defendant/Petitioner filed a Motion for Transcripts of the Plea hearing and the Sentencing hearing. (Doc. 40) The Defendant/Petitioner is a federal prisoner and states that he has limited access to legal resources and that the government referred to the Plea hearing and the Sentencing hearing during the Response and that the Petitioner did not have copies of the referenced documents.

The undersigned finds that just cause exist to grant petitioners motion and the court has ordered copies of the plea hearing and the sentencing hearing. The Petitioner's Motion for copies of the Plea hearing and the Sentencing hearings is GRANTED. The court has ordered copies of the hearings and copies will be forwarded to the petitioner when received.

IT IS SO ORDERED this August 8, 2008

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE