IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA | PLAINTIFF/RESPONDENT |
| V.  No. 5:06-CR-50071-JLH  No. 5:08-CV-05145-JLH | |
| CLAUDIO MENDOZA | DEFENDANT/PETITIONER |

ORDER

On August 7, 2008, Defendant/Petitioner filed a Motion for Leave to proceed in forma pauperis. (Doc. 41) The Defendant/Petitioner is a federal prisoner and states that he has limited access to legal resources and that the government referred to the Plea hearing and the Sentencing hearing during the Response and that the Petitioner did not have copies of the referenced documents.

The undersigned finds that no filing fees or costs or assessed in the present action and that the court has granted the petitioner request for copies of the plea hearing and the sentencing\ hearing and that the request to proceed IFP is moot. The Petitioner's Motion to proceed IFP is DENIED as moot.

IT IS SO ORDERED this August 8, 2008

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE