**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                      **No. 5:06-CR-50071
No. 5:08-CV-05145**

**CLAUDIO MENDOZA**                                                    **DEFENDANT**

**O R D E R**

Now on this 13th day of November, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #48, filed October 22, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Petitioner's motion 28 U.S.C. § 2255 Motion is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**