```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

      v.            Criminal 06-50071

**CLAUDIO MENDOZA**                                                    **DEFENDANT**

### O R D E R

Now on this 9th day of February, 2010, comes on for consideration the **Report And Recommendation** of the Magistrate Judge (document #66). No objections have been made to said Report And Recommendation, and the Court, having carefully reviewed it, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation**, defendant's petition under **28 U.S.C. § 2255** is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE